# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT
**100 EAST FIFTH STREET, ROOM 532**
**POTTER STEWART U.S. COURTHOUSE**
**CINCINNATI, OHIO  45202-3988**

LEONARD GREEN
CLERK

DEBRA COOK
(513) 564-7043
www.ca6.uscourts.gov

Filed: September 15, 2003

Kenneth J. Murphy
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 02-4218
Johnson vs. Carter
District Court No. 01-00056

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [02-4218] . Volumes included: 1  PI;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy

03 SEP 15  PM 12:43